**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUIS AGUIRRE,**
**ISMAEL ALMEIDA,**
        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No.  6:07-cv-938-Orl-31KRS

**MERCEDES HOMES, INC.,**
**HOWARD BUESCHER,**
**KEITH BUESCHER,**
        **Defendants.**

_____

## ORDER

Upon completion of an *in camera* review of the parties' Joint Stipulation and Settlement Agreement (Doc. S-1) – done pursuant to this Court's order (Doc. 36) granting the parties' request for such a review (Doc. 35) – the Court finds no basis for keeping the settlement agreement secret. As the parties made such secrecy a prerequisite for consummation of the agreement, approval of the settlement is **DENIED**. The Clerk is directed to return the Joint Stipulation and Settlement Agreement (Doc. S-1) to the filing party.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 12, 2008.

                                              GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party