# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS AGUIRRE,**
**ISMAEL ALMEIDA,**
          **Plaintiff,**

**-vs-**                                                    **Case No. 6:07-cv-938-Orl-31KRS**

**MERCEDES HOMES, INC.,**
**HOWARD BUESCHER,**
**KEITH BUESCHER,**
          **Defendants.**

_____

## ORDER

This matter comes before the Court on the Joint Notice of Filing Revised Class Notice of Settlement and Claim Form (Doc. 46). Pursuant to this Court's order (Doc. 67) in Case No. 6:07-cv-915 tentatively approving the settlement agreement in the sister case, the parties have indicated that they assent to the modifications required for the Court's approval of the agreement and have filed a revised Class Notice of Settlement and a revised Claim Form. Accordingly, it is hereby

**ORDERED** that the Joint Stipulation and Settlement Agreement (Doc. 40-2) is **APPROVED** on the same terms as the Joint Stipulation and Settlement Agreement in the sister case. All pending motions are **DENIED**, and this case is **DISMISSED WITH PREJUDICE**,

with the Court retaining jurisdiction to determine, upon proper motion, the issue of attorneys' fees and costs.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 28, 2008.

                                            GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party